THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ADOLPH McGOWAN (Impleaded), Defendant-Appellant.

(No. 53954; )

First District—December 17, 1970.

Opinion by Mr. JUSTICE McNAMARA.

Gerald W. Getty, of Chicago, (Harold A. Cowen, Ronald P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and John A. Gibartis, Assistant State's Attorneys, of counsel,) for the People.

ELLA KIMBROUGH, Plaintiff-Appellant, *v.* THOMAS J. SULLIVAN, Defendant —(LEVI ALEXANDER, Defendant-Appellee.)

(No. 53956; )

First District—January 8, 1971.